IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

G. KENT MANGELSON AND
CHRISTINE MANGELSON,

       Appellant,

v.

HSBC BANK USA, NATIONAL
ASSOCIATION, NOT
INDIVIDUALLY BUT SOLELY
AS TRUSTEE FOR THE
HOLDERS OF LUMINENT
MORTGAGE TRUST 2006-3

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4489

Opinion filed November 15, 2016.

An appeal from the Circuit Court for Nassau County.
Adrian G. Soud, Judge.

Ray Hill, Jacksonville, for Appellant.

Sara Holladay-Tobias and C.H. Houston, III of McGuire Woods LLP,
Jacksonville, for Appellee.

PER CURIAM.

       AFFIRMED.

MAKAR, KELSEY, and WINSOR, JJ., CONCUR.